1  TIMOTHY S. BLACKFORD (Bar No. CA-190900)
   KATHERINE J. LARSON (Bar No. 259556)
2  DLA PIPER LLP (US)
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Tel:  619.699.2700
4  Fax:  619.699.2701

5  Attorneys for Defendants
   EBIX, INC. and EBIX SOFTWARE INDIA
6  PRIVATE LIMITED

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 | CRAIG A. IRVING, an individual, as the | CV NO.  10 CV 0762 JLS (BLM) |
   | Representative of the Shareholders of |  |
12 | ConfirmNet Corporation, a California | **NOTICE OF MOTION AND MOTION OF** |
   | corporation, | **DEFENDANTS FOR AN ORDER** |
   |  | **PERMITTING SUBSTITUTION OF** |
13 |         Plaintiff, | **UNDERTAKING FOR PROPERTY THAT** |
   |  | **HAS BEEN OR IS SUBJECT TO BEING** |
14 |    v. | **ATTACHED** |

15 EBIX, INC., a Delaware corporation, and   Date:        September 30, 2010
   EBIX SOFTWARE INDIA PRIVATE            Time:        1:30 p.m.
16 LIMITED, a private limited company        Courtroom: 6
   formed under the laws of India,           Judge:       Hon. Janis L. Sammartino
17
            Defendants.                     Complaint Filed:    April 12, 2010
18                                           Trial Date:         Not yet set

19

20 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21          PLEASE TAKE NOTICE that on September 30, 2010 at 1:30 p.m., or as soon thereafter

22 as can be heard, in Courtroom No. 6 of the United States District Court for the Southern District

23 of California, located at 940 Front Street, San Diego, California 92101, Defendants Ebix, Inc. and

24 Ebix Software India Private Limited (collectively "Ebix") will and hereby do move the Court for

25 an order permitting Ebix to substitute an undertaking of its own for its property that has been or is

26 subject to being attached.

27          This motion is made pursuant to California Code of Civil Procedure section 489.310

28 which provides that, following issuance of a writ of attachment, a defendant may substitute an

1  undertaking of its own for property that has been or is subject to being attached.  Pursuant to the

2  statute, the Court is required to issue an order permitting such substitution on the condition that a

3  sufficient undertaking is filed.

4         Ebix bases this motion on this Notice, the attached Memorandum of Points and

5  Authorities, the declarations of Robert Kerris and Timothy S. Blackford, the pleadings and

6  records on file with this Court, all other matters of which this Court may take judicial notice, and

7  such argument as may be presented at the hearing on this motion.

8  Dated:  August 27, 2010

9                                                           DLA PIPER LLP (US)

10

11                                          By /s/ Timothy S. Blackford
                                                    TIMOTHY S. BLACKFORD
12                                                  Attorneys for Defendants
                                                    EBIX, INC. and EBIX SOFTWARE INDIA
13                                                  PRIVATE LIMITED
                                                    tim.blackford@dlapiper.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28