1  TIMOTHY S. BLACKFORD (Bar No. 190900)
   KATHERINE J. LARSON (Bar No. 259556)
2  DLA PIPER LLP (US)
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  Attorneys for Defendants
   EBIX, INC. and EBIX SOFTWARE INDIA
6  PRIVATE LIMITED

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CRAIG A. IRVING, an individual, as the Representative of the Shareholders of ConfirmNet Corporation, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EBIX, INC., a Delaware corporation, and EBIX SOFTWARE INDIA PRIVATE LIMITED, a private limited company formed under the laws of India,<br><br>Defendants. | CV NO. 10 CV 0762 JLS (BLM)<br><br>**DECLARATION OF ROBERT KERRIS IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER PERMITTING SUBSTITUTION OF UNDERTAKING FOR PROPERTY THAT HAS BEEN OR IS SUBJECT TO BEING ATTACHED**<br><br>Date:<br>Time:<br>Courtroom: 6 (3rd Floor)<br>Judge: Hon. Janis L. Sammartino<br><br>Complaint Filed: April 12, 2010<br>Trial Date: Not yet set |

DLA PIPER LLP (US)
SAN DIEGO

EAST\43306519.1

10 CV 0762 JLS (BLM)

I, Robert Kerris, declare:

1. I am the Chief Financial Officer of Ebix, Inc. I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could and would competently testify to these matters.

2. Defendants Ebix, Inc. and Ebix Software India Private Limited (collectively, "Ebix") are the only defendants who have an interest in the property subject to attachment pursuant to this Court's August 10, 2010 Order. Ebix seeks to keep or regain possession of its property that is subject to attachment by providing its own undertaking.

3. Upon an order from this Court permitting Ebix to substitute an undertaking for its property which has been or is subject to being attached, Ebix has funds available and is prepared to deposit with the court a bond, cash, or a certificate of deposit in the amount of $319,192.41, or any other amount this Court deems appropriate.

4. Ebix shall file with its deposit an affidavit authorizing the clerk of the Court to apply the deposit to enforce Ebix's liability should Plaintiff prevail on his action. As Chief Financial Offier of Ebix, I have the authority to provide this authorization to the clerk of the Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 27 day of August, 2010 in Atlanta, Georgia.

_____
ROBERT KERRIS