1  TIMOTHY S. BLACKFORD (Bar No. CA-190900)
   KATHERINE J. LARSON (Bar No. 259556)
2  DLA PIPER LLP (US)
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  Attorneys for Defendants
   EBIX, INC. and EBIX SOFTWARE INDIA
6  PRIVATE LIMITED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG A. IRVING, an individual, as the Representative of the Shareholders of ConfirmNet Corporation, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EBIX, INC., a Delaware corporation, and EBIX SOFTWARE INDIA PRIVATE LIMITED, a private limited company formed under the laws of India,<br><br>Defendants. | CV NO. 10 CV 0762 JLS (BLM)<br><br>**CORRECTED *EX PARTE* APPLICATION OF DEFENDANTS TO STAY FURTHER ACTION ON WRIT OF ATTACHMENT PENDING DETERMINATION OF DEFENDANTS' MOTION FOR AN ORDER PERMITTING SUBSTITUTION OF UNDERTAKING FOR PROPERTY THAT HAS BEEN OR IS SUBJECT TO BEING ATTACHED**<br><br>Date:<br>Time:<br>Courtroom: 6<br>Judge: Hon. Janis L. Sammartino<br><br>Complaint Filed: April 12, 2010<br>Trial Date: Not yet set |

Defendants Ebix, Inc. and Ebix Software India Private Limited (collectively, "Ebix") submit this corrected *ex parte* application because an non-final draft of the application was inadvertently filed. Ebix hereby applies *ex parte* to stay Plaintiff from taking further action on the writ of attachment pending this Court's determination of Ebix's concurrently filed motion for an order permitting substitution of an undertaking for property that has been or is subject to being attached ("Motion for an Order Permitting Substitution").

**MEMORANDUM OF POINTS AND AUTHORITIES**

Concurrently with this *ex parte* application Ebix has filed a motion pursuant to California Code of Civil Procedure section 489.310 for an order permitting substitution of an undertaking for property that has been or is subject to being attached ("Motion for an Order Permitting Substitution").

Ebix can not obtain the relief it ultimately seeks – an order permitting Ebix to substitute an undertaking for its property - by *ex parte* application. The statutes relating to pre judgment attachment are strictly construed and section 489.310 permits defendant to request substitution of its own undertaking for its property only by noticed motion. Cal. Civ. Proc. Code §489.310; *VFS Financing, Inc. v. CHF Express, LLC,* 620 F. Supp. 2d 1092, 1095 (C.D. Cal. 2009) ("Since California's attachment law is purely statutory, it must be strictly construed."). Because there is no clear authority for requesting this relief on an ex parte basis, there is necessarily a delay between the issuance of a writ and the time when a motion under section 489.310 may be heard.

Furthermore, this motion may be brought only after a writ has issued. Cal. Civ. Proc. Code §489.310. Accordingly, Ebix could not have filed this motion earlier in these proceedings. Ebix requests this *ex parte* relief in order to maintain the status quo pending determination of Ebix's Motion for an Order Permitting Substitution. It is within a district court's discretion to grant such relief to maintain the status quo. *Toyo Tire Holdings of Americas Inc. v. Continental Tire North America, Inc.,* 609 F. 3d 975, 979 (9th Cir. 2010); *In re Estate of Ferdinand Marcos, Human Rights Litigation,* 25 F. 3d 1467, 1478 (9th Cir. 1994) ("the authority of a trial court to issue a preliminary injunction to ensure the preservation of an adequate remedy is well established").

| | |
|---|---|
| 1 | Importantly, there is no harm to Plaintiff in granting a brief stay pending a hearing on |
| 2 | Ebix's motion.  In fact, Ebix's motion benefits Plaintiff.  By substituting its own undertaking, |
| 3 | Ebix saves Plaintiff from incurring the time, attorneys fees, and expense of identifying property in |
| 4 | California that may be subject to attachment *and* the time, attorneys fees, and expense associated |
| 5 | with levying such property.  As set forth in the accompanying motion and supporting |
| 6 | declarations, all of the statutory requirements for this counterbond motion has been or will be |
| 7 | satisfied, and Plaintiff's legitimate interest in the writ of attachment will be fully secured by |
| 8 | Ebix's counterbond. |
| 9 | If Plaintiff pursues execution of the writ of attachment while Ebix's motion is pending, it |
| 10 | will serve only to unnecessarily increase attorneys' fees and other costs of litigation and |
| 11 | potentially disrupt Ebix's business operations.  There is simply no good faith reason why Plaintiff |
| 12 | would need to attempt execution or enforcement of the writ of attachment while the motion |
| 13 | permitting the counterbond is pending. |
| 14 | On the same day that notice of the executed writ of attachment was sent by email, counsel |
| 15 | for Ebix met and conferred with counsel for Plaintiffs regarding the relief requested in this *ex* |
| 16 | *parte* application and the motion under section 489.310.  (Declaration of Timothy S. Blackford in |
| 17 | Support of Ex Parte Application to Stay, ¶ 2 ("Blackford Decl.").)  Counsel for Plaintiff stated he |
| 18 | had no authority to agree to any stay of execution of the writ of attachment.  (Blackford Decl., |
| 19 | ¶ 3.)  He did not state whether he would oppose this *ex parte* request or the motion under section |
| 20 | 489.310.  (*Id.*)  As a result, in addition to the section 489.310 motion, Ebix filed an *ex parte* |
| 21 | application requesting a stay of further action on the writ of attachment pending determination of |
| 22 | Ebix's motion.  (*Id.*) |
| 23 | ///// |
| 24 | ///// |
| 25 | ///// |
| 26 | ///// |
| 27 | ///// |
| 28 | ///// |

Accordingly, for the reasons stated herein and in the concurrently filed counterbond motion, Ebix requests that the Court issue an order staying further action on the writ of attachment pending determination of Ebix's Motion for an Order Permitting Substitution.

Dated: August 27, 2010

                    DLA PIPER US LLP

                    By /s/ Timothy S. Blackford
                        TIMOTHY S. BLACKFORD
                        Attorneys for Plaintiffs
                        Mail Boxes Etc., Inc. and
                        United Parcel Service of America, Inc.
                        timothy.blackford@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

EAST\43290300.1

3

10 CV 0762 JLS (BLM)